FILED
NOV 20 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| Plaintiff, ) | |
| ) | CASE NO. 1:25 CR 568 |
| v. ) | Title 18, United States Code, |
| ) | Sections 922(g)(1) and 924(a)(8) |
| JAMONE MIMS, ) | |
| ) | **JUDGE RUIZ** |
| Defendant. ) | |

### COUNT 1
(Felon in Possession of a Firearm or Ammunition, 18 U.S.C. §§ 922(g)(1))

The Grand Jury charges:

On or about May 27, 2025, in the Northern District of Ohio, Eastern Division, the Defendant, JAMONE MIMS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Felonious Assault, Case No. CR-21-660626, on or about June 27, 2023, in the Cuyahoga County Court of Common Pleas, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Glock, Model 22, .40 caliber pistol bearing serial number FPK091, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant JAMONE

MIMS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of such violation; including, but not limited to, the following: a Glock, Model 22, .40 caliber pistol bearing serial number FPK091, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.